UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-11006
Michael & Julianne Griffin )
)  Chapter: 13
)  Honorable Donald R. Cassling
)
)  Kane
Debtor(s) )

**Order Denying Discharge as to Debtor**

It Is Hereby Ordered:

1) The discharge for Michael Griffin only is denied.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated: April 22, 2016

**Prepared by:**

Glenn Stearns, Trustee
801 Warrenville Rd., #650
Lisle, IL 60532