UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Michael W Griffin<br>Julianne M Griffin<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   16-11006<br><br>Chapter:  13<br>Honorable Janet S. Baer<br>Kane |

**ORDER MODIFYING DEBTORS' PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN, the Court being advised in the premises, and due notice having been given to all parties in interest;

IT IS HEREBY ORDERED THAT:

The Debtors' current chapter 13 plan is modified post-confirmation to defer the current trustee default to the end of the plan.

Enter: *(signature)*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  January 19, 2018

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600